# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A gray Samsung Tablet CURRENTLY LOCATED IN the<br>Anchorage ATF Vault identified as Property Item:<br>000009 | )<br>)<br>)  Case No.  3:19-MJ-00204-DMS<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ALASKA_____
*(identify the person or describe the property to be searched and give its location)*:

A gray Samsung Tablet, Model: SM-T380, Serial#: R52K70SXNHA, with a black case CURRENTLY LOCATED IN the Anchorage ATF Vault identified as Property Item: 000009

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before \_\_\_May 24, 2019\_\_\_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____The Honorable Deborah M. Smith_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_\_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: \_\_2:27 pm\_\_         \_\_\_*[signature]*\_\_\_
                                                                              *Judge's signature*

City and state: Anchorage, Alaska         Deborah M. Smith, United States Magistrate Judge
                                                                    *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:19-MJ-00204-DMS | 5/14/2019 9:46 am | Discovered to Defendant via AUSA Office |

Inventory made in the presence of :
Anchorage Police Department (APD), Computer Crimes Technician Brandon Hunter

Inventory of the property taken and name of any person(s) seized:

Item #9 - "Samsung Tablet" Data Extraction Report, assigned APD Evidence Tag: 1189285

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/9/19

*Executing officer's signature*

SA RYAN BORGESON
*Printed name and title*

Subscribed, sworn to, and returned before me this date.

MATTHEW M. SCOBLE
U.S. Magistrate Judge

Sep 9, 2019
Date